UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:04-CV-6539 AWI SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #11) |
| DAVID KYLE, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   July 6, 2006**             /s/ Sandra M. Snyder
b6edp0                              UNITED STATES MAGISTRATE JUDGE