UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:04-CV-6539 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | |
| | ) | (DOCUMENT #13) |
| DAVID KYLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 12, 2006, this Court issued an Order dismissing the Complaint with leave to amend. Plaintiff was to file an Amended Complaint or notify the court of his intent to dismiss the action within thirty days. However, on May 22, 2006, Plaintiff filed a Motion for an Extension of time to and including June 28. The Court granted this first request. Plaintiff then filed a second Motion for an extension of time to file an Amended Complaint on June 23, 2006. This request was also granted. Plaintiff then filed this Third request on August 2, 2006, seeking more time to file an Amended Complaint. Plaintiff provides absolutely no explanation as to why further time is needed but simply states that he is not attempting to delay or prejudice the defendants.

The Court will grant Plaintiff this THIRD and final extension of time. However, no further extensions will be granted but upon a showing of extremely good cause. Should Plaintiff fail to submit an Amended Complaint as previously ordered, this Court will recommend that the action be dismissed

for Plaintiff's failure to comply with a court order and for failing to state a claim upon which relief can be granted.

Accordingly, Plaintiff is granted THIRTY (30) days from the date of service of this order in which to file his Amended Complaint.

IT IS SO ORDERED.

**Dated:    September 14, 2006**                     /s/ Sandra M. Snyder
b6edp0                                              UNITED STATES MAGISTRATE JUDGE