IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | 1:04-cv-06539 AWI-SMS (PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| DAVID KYLE, MD, et al., | (DOCUMENT #19) |
|     Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2008, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of September 4, 2008.

IT IS SO ORDERED.

**Dated:   October 9, 2008**                        /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE