IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ALFRED BROWN,

Plaintiff,

vs.

DAVID KYLE, MD, et al.,

Defendants.

_________________________________/

1:04-cv-06539-AWI-SMS-PC

ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (DOCUMENT #21)

DEADLINE OF JANUARY 13, 2009

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2008, plaintiff filed a motion to extend time until January 13, 2009 in which to file objections to the Magistrate Judge's findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time until January 13, 2009 in which to file objections to the Magistrate Judge’s findings and recommendation of September 4, 2008.

IT IS SO ORDERED.

**Dated: November 7, 2008**

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE