IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>    Plaintiff,<br><br>    vs.<br><br>KYLE, et al.,<br><br>    Defendants.<br>_____/ | 1:04-cv-06539-AWI-SMS-PC<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Doc. 18.)<br><br>ORDER FOR THIS ACTION TO PROCEED<br>ON MEDICAL CLAIMS AGAINST DEFENDANTS<br>KLARICH, KYLE, DOMINGO, AND RUFF, AND<br>DISMISSING ALL REMAINING CLAIMS AND<br>DEFENDANTS |

Alfred Brown ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 4, 2008, findings and recommendations were entered, recommending that (1) this action proceed with plaintiff's amended complaint filed October 23, 2006, on plaintiff's claims against Dr. Klarich, Dr. Kyle, Domingo (RN) and Ruff (RN) for deliberate indifference to plaintiff's serious medical needs; (2) plaintiff's claims against E. Benitez (LVN), D. Duvall, C/O Mobert, and Does 1-5 be dismissed with prejudice for failure to state a claim; and (3) plaintiff's ADA, RA, and conditions of confinement claims under the Eighth Amendment be dismissed with prejudice for failure to state a claim. (Doc. 18.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On January 14, 2009, plaintiff filed a notice of non-opposition to the findings and recommendations. (Doc. 23.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 4, 2008, are adopted in full;

2. This action now proceeds with plaintiff's amended complaint filed October 23, 2006, on plaintiff's claims against defendants Dr. Klarich, Dr. Kyle, Domingo (RN) and Ruff (RN), for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment

3. All remaining claims and defendants are dismissed from this action with prejudice, for plaintiff's failure to state a claim;

4. Plaintiff's claims under the ADA, the RA, and for conditions on confinement under the Eighth Amendment are dismissed from this action with prejudice, for plaintiff's failure to state a claim;

5. Defendants E. Benitez (LVN), D. Duvall, C/O Mobert, and Does 1-5 are dismissed from this action with prejudice, for plaintiff's failure to state a claim against them; and

6. The Clerk of Court is directed to reflect the dismissal of defendants Benitez, Duvall, Mobert, Does 1-5, Miller, and Frost from this action on the court's record.[1]

IT IS SO ORDERED.

**Dated:    March 12, 2009**                    /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendants Frost and Miller were named in plaintiff's original complaint filed November 15, 2004. (Doc. 1.) However, plaintiff omitted defendants Frost and Miller from his amended complaint filed October 23, 2006. (Doc. 17.) Defendants Benitez, Duvall, Mobert, and Does 1-5 are dismissed from this action pursuant to this order.

2