# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | 1:04-cv-06539-AWI-SMS PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| DAVID KYLE, et al., | |
| Defendants. | (Doc. 17.) |

Plaintiff Alfred Brown ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 15, 2004. (Doc. 1.) On April 12, 2006, the court dismissed plaintiff's complaint for failure to state a claim, with leave to file an amended complaint. (Doc. 8.) On October 23, 2006, plaintiff filed an amended complaint. (Doc. 17.) The court screened the amended complaint and issued findings and recommendations on September 4, 2008, for this action to proceed on plaintiff's amended complaint, against defendants Dr. Klarich, Dr. Kyle, Domingo (RN) and Ruff (RN) for deliberate indifference to plaintiff's serious medical needs under the Eighth Amendment. (Doc. 18.) On March 13, 2009, the District Judge adopted the findings and recommendations. (Doc. 24.) Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v.

County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    DR. J. KLARICH

    DR. DAVID KYLE

    T. DOMINGO (RN)

    R. RUFF (RN)

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed October 23, 2006 (Doc. 17).

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed amended complaint filed October 23, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    March 18, 2009**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE