IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | 1:04-cv-06539-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO COMPLETE SERVICE DOCUMENTS |
| vs. | |
| DAVID KYLE, et al., | (Motion #26) |
| Defendants. | DEADLINE: MAY 26, 2009 |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2009, plaintiff filed a motion to extend time to complete and return the service documents for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **until May 26, 2009** to complete and return the service documents for this action, pursuant to the court's order of March 19, 2009.

IT IS SO ORDERED.

**Dated:    April 23, 2009**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE