1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   ALFRED BROWN,                        1:04-cv-06539-AWI-SMS-PC

12                    Plaintiff,          ORDER GRANTING MOTION TO VACATE AND
                                          REISSUE SCHEDULING ORDER
13        v.                              (Doc. 45.)

14   KYLE, et al.,                        ORDER VACATING DISCOVERY/SCHEDULING
                                          ORDER OF OCTOBER 26, 2009
15                                        (Doc. 38.)

16                    Defendants.         ORDER DIRECTING CLERK TO ISSUE NEW
                                          DISCOVERY/SCHEDULING ORDER
17
                                    /
18

19        Plaintiff, Alfred Brown ("Plaintiff"), is a state prisoner proceeding pro se in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on

21   November 15, 2004.  (Doc. 1.)  This case now proceeds on the First Amended Complaint filed by

22   Plaintiff on October 23, 2006, against defendants David Kyle, J. Klarich, T. Domingo and R. Ruff,

23   for Plaintiff's medical claims under the Eighth Amendment.[1]  (Doc. 17.)  Defendant Domingo filed

24   an Answer to the complaint on October 23, 2009, and the Court subsequently issued a

25   Discovery/Scheduling Order on October 26, 2009, establishing a deadline of December 26, 2009,

26   for the filing of unenumerated Rule 12(b) motions.  (Docs. 37, 38.)  On December 23, 2009,

27   _____

28        [1]All other claims and defendants were dismissed from this action by the Court on March 13, 2009.  (Doc.
     24.)

                                              1

1  defendants Domingo and Kyle ("Defendants") filed a motion for the court to vacate and reissue the

2  Scheduling Order after defendant Kyle files a responsive pleading.  (Doc. 45.)  On January 7, 2010,

3  defendant Kyle filed an Answer to the complaint.  (Doc. 46.)

4      "A scheduling order shall not be modified except upon a showing of good cause" and by

5  leave of court.  Fed. R. Civ. P. 16(b).  Defendants argue that good cause appears for the Court to

6  vacate and reissue the Scheduling Order after defendant Kyle files a responsive pleading, because

7  defendant Kyle's responsive pleading is not due until January 8, 2009, twenty days after the

8  December 26, 2009 unenumerated 12(b) deadline.  Defendants argue that if the date is not extended,

9  no exercise of due diligence could permit defendant Kyle to file an unenumerated 12(b) motion.

10  Defendants have shown good cause for the Discovery/Scheduling Order to be vacated and reissued,

11  and Defendant Kyle filed a responsive pleading on January 7, 2010.

12      Accordingly, IT IS HEREBY ORDERED that:

13      1.      Defendants' motion for the court to vacate and reissue the Scheduling Order, filed

14              on December 23, 2009, is GRANTED;

15      2.      The Court's Discovery/Scheduling Order of October 26, 2009 is VACATED; and

16      2.      The Clerk is DIRECTED to issue a new Discovery/Scheduling Order for all parties

17              to this action.

18  IT IS SO ORDERED.

19  **Dated:    January 10, 2010**              _____/s/ Sandra M. Snyder_____
                                                UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2