UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:04-cv-06539-AWI-SMS-P |
| Plaintiff, | ) ) ) | ORDER DENYING MOTION FOR GENERALIZED DEFAULT |
| v. | ) ) | (Doc. 32.) |
| KYLE, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, Alfred Brown ("Plaintiff"), is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on November 15, 2004. (Doc. 1.) This case now proceeds on Plaintiff's amended complaint filed October 23, 2006, against defendants Klarich, Kyle, Domingo, and Ruff ("Defendants"), for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. (Doc. 17.) On May 27, 2009, the Court directed the United States Marshal to serve process upon Defendants. (Doc. 29.) On July 17, 2009, Plaintiff filed a motion for generalized default against Defendants *in the event* Defendants do not answer the complaint within the time allowed. (Doc. 32.)

A motion for entry of default against a defendant must be *supported by facts* showing the defendant *has failed* to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

///

1

1 | <u>See</u> Fed. R. Civ. P. 55(a)  (emphasis added).  Because Plaintiff's motion was brought *before* any Defendant failed to plead, the motion must be denied.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for generalized default is DENIED.

IT IS SO ORDERED.

**Dated:    February 18, 2010**                     **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE