# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>              Plaintiff,<br><br>   v.<br><br>DAVID KYLE, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:04-cv-06539-AWI-SMS PC<br><br>ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT PERSONAL SERVICE ON DEFENDANT RUFF WITHIN THIRTY DAYS<br><br>(Doc. 60)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF ORDER ON LEGAL AFFAIRS DIVISION OF CDCR |

The Court previously found service of the amended complaint appropriate. 28 U.S.C. § 1915A. The Court and the United States Marshal (USM) have a statutory duty to service process on Plaintiff's behalf. 28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2). Attempts to secure a waiver of service from Defendant Ruff have been unsuccessful. (Docs. 41, 55, 56, 60.) However, a records review suggests that Defendant Ruff resides at the street address provided to the USM by the Legal Affairs Division of the California Department of Corrections and Rehabilitation. Absent additional information, the return of mail noted "unable to forward" is insufficient to allow the Court to conclude that it was not provided with a valid address for Defendant Ruff. **The USM shall attempt to personally serve Defendant Ruff. The cost of personal service will be taxed against Defendant Ruff. Fed. R. Civ. P. 4(d)(2). Further, sanctions will be imposed against Defendant Ruff if she attempts to evade service of process.**

///

Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the USM:

    (1) One completed and issued summons;

    (2) One completed USM-285 form;

    (3) One copy of the amended complaint filed on October 23, 2006, plus an extra copy for the USM;

    (4) One copy of this order, plus an extra copy for the USM; and

    (5) One copy of the Court's consent form.

2. Within **thirty (30) days** from the date of this order, the USM shall personally serve process and a copy of this order pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) on **RUSSELLA J. RUFF, R.N.**, and shall command all necessary assistance from CDCR to execute this order attempt personal service, maintaining the confidentiality of all information provided by the CDCR and the Court pursuant to this order.

3. Within **ten (10) days** after personal service is effected, the USM shall file the return of service for Defendant along with the costs incurred in effecting personal service. Said costs shall be enumerated on the USM-285 form. The cost of personal service will be taxed against Defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

4. Defendant is required to reply to the complaint if service is effected. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:**    **November 18, 2010**          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE