# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>               Plaintiff,<br><br>   v.<br><br>DAVID KYLE, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:04-cv-06539-AWI-SMS PC<br><br>ORDER EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE FROM NOVEMBER 22, 2010, TO MARCH 8, 2011<br><br>(Doc. 48) |

     The pretrial dispositive motion deadline is currently set for November 22, 2010. In a separate order issued concurrently with this order, the Court ordered the United States Marshal to attempt personal service on Defendant Ruff.[1] In the interest of conserving the resources of the parties and the Court, the pretrial dispositive motion deadline is HEREBY EXTENDED from November 22, 2010, to March 8, 2011, to allow for resolution of the status of Defendant Ruff.[2]

IT IS SO ORDERED.

**Dated:   November 18, 2010**                /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the need to prepare the service documents to accompany the service order, there may be a delay in the docketing of that order.

[2] If Defendant Ruff is personally served and makes an appearance in this action, the Court will provide for a period of discovery as is necessary and will issue a scheduling order setting the appropriate deadlines. If necessary, the pretrial dispositive motion deadline may be extended a second time as to all parties.