1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ALFRED BROWN,                          CASE NO. 1:04-cv-06539-AWI-SMS PC

10              Plaintiff,                  ORDER DISMISSING DEFENDANT
                                           KLARICH FROM ACTION PURSUANT
11        v.                               TO RULE 4(M)

12   DAVID KYLE, et al.,                   (Doc. 50)

13              Defendants.
                                    /
14

15        Plaintiff Alfred Brown, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on November 15, 2004.  This action is proceeding

17   on Plaintiff's amended complaint, filed October 23, 2006, against Defendants Kyle, Domingo,

18   Klarich, and Ruff.  The United States Marshal was unable to effect service of process on Defendant

19   Klarich because he is deceased, and service was returned unexecuted.  After providing Plaintiff with

20   the opportunity to show cause why Defendant Klarich should not be dismissed, the Court issued an

21   order on June 11, 2010, discharging the order to show cause and providing Plaintiff the opportunity

22   to substitute the proper party in light of Defendant Klarich's death and provide that party's address

23   for service.  Fed. R. Civ. P. 4(m).  Plaintiff was warned that if he failed to make the proper

24   substitution and provide a current address for service on or before September 12, 2010, Defendant

25   Klarich would be dismissed from this action.

26   ///

27   ///

28   ///

1

1    To date, Plaintiff has not made the proper substitution and provided a current address for

2  service. Therefore, Defendant Klarich is HEREBY ORDERED DISMISSED from this action. Fed.

3  R. Civ. P. 4(m).

4

5  IT IS SO ORDERED.

6

   Dated:    November 23, 2010

7                                         CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28