# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:04-cv-06539-AWI-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT RUFF |
| v. | |
| DAVID KYLE, et al., | (Doc. 65) |
| Defendants. | |

Plaintiff Alfred Brown is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2010, Plaintiff filed a motion seeking sanctions against Defendant Ruff in the event that the Court finds Defendant evaded service of process.

At the time Plaintiff filed his motion, the United States Marshal was attempting to personally serve Defendant Ruff and the Court had stated in its order directing service that Defendant would be subject to sanctions if she attempted to evade service. However, on March 18, 2011, the Marshal notified the Court that Defendant Ruff could not be located and served. In a separate order issued concurrently with this order, the Court gave Plaintiff the opportunity to show cause why Defendant Ruff should not be dismissed from this action. Fed. R. Civ. P. 4(m).

///
///
///
///

1

1 At this stage in the proceedings, the Court does not have personal jurisdiction over Defendant Ruff and there exists no basis in the record for finding that Defendant Ruff evaded service. Therefore, Plaintiff's motion for sanctions is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**    **March 23, 2011**            /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE