# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID KYLE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06539-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST THEM FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 96)<br><br>TEN-DAY DEADLINE |

　　　Plaintiff Alfred Brown, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 15, 2004. This action is proceeding on Plaintiff's amended complaint, filed on October 23, 2006, against Defendants Kyle and Ruff for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution. Jury trial is scheduled for October 2, 2012.

　　　On December 23, 2011, the Court issued an order requiring (1) the parties to meet and confer regarding the possibility of settlement and (2) Defendants to file a status report within sixty days. Defendants failed to comply with the filing deadline of February 24, 2012. Fed. R. Civ. P. 6.

　　　Accordingly, Defendants SHALL show cause, within **ten (10) days** from the date of service of this order, why sanctions should not be imposed against them for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   February 28, 2012**　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE