# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:04-cv-06539-AWI-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND JURY INSTRUCTIONS TO PARTIES |
| v. | |
| DAVID KYLE, et al., | |
| Defendants. / | |

Pursuant to Plaintiff's request on September 4, 2012, the Clerk of the Court is HEREBY DIRECTED to send the parties a copy of the Court's standard proposed jury instructions. Additions to or deletions from the set may occur, depending on the parties' positions during the jury instruction conference, which will be conducted by Judge Ishii during trial.

IT IS SO ORDERED.

**Dated:   September 14, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE