**FILED**

OCT 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID KYLE, et al.,<br><br>　　　　Defendants. | 1:04-cv-6539 AWI SKO PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON THURSDAY, OCTOBER 4, 2012, AT 8:00 A.M. |

　　Plaintiff **Alfred Brown, CDCR #J-15695,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, October 4, 2012.

　　It is so ORDERED.

DATED: _10-2-12_　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANTHONY W. ISHII
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE