IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID KYLE, et al.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:04-cv-6539 AWI SKO PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 117) |

       Jury trial in this matter commenced on October 2, 2012.  On October 4, 2012, the jury returned its verdict and judgment was entered.

       Accordingly, **Alfred Brown**, **CDCR #J-15695**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated:  October 4, 2012

                                          CHIEF UNITED STATES DISTRICT JUDGE