**FILED**

**JUDGMENT ENTERED**

<u>10/05/2012</u>
**Date**
<u>Harold Nazaroff.</u>
Deputy Clerk

U.S. District Court
Eastern District of California

<u>XX</u> **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ALFRED BROWN,

       Plaintiff,

vs.

DAVID KYLE, ET AL

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:04-CV-06539-AWI

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on October 4, 2012 in favor of Defendants and against Plaintiff.

DATED: 10/05/2012                     VICTORIA C. MINOR, Clerk

                                   By: <u>/s/ HAROLD NAZAROFF</u>
                                           Deputy Clerk

jgm.civ 2/1/95