IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED BROWN, | ) | 1:04-cv-6539 AWI SKO PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR DESIGNATION AND TRANSMISSION OF EXCERPTS OF THE RECORD |
| v. | ) ) | |
| DAVID KYLE, et al., | ) ) | (Doc. 145) |
| Defendants. | ) ) | |

On October 4, 2012, following a two-day trial, the jury returned a verdict in favor of Defendants Kyle and Domingo on Plaintiff's claims brought pursuant to 42 U.S.C. § 1983, and judgment was entered in accordance on October 5, 2012. On November 1, 2012, Plaintiff Alfred Brown, a state prisoner proceeding pro se and in forma pauperis, filed a notice of appeal and what the Court construes to be a motion to designate and transmit certain excerpts of the record in support of the appeal. Fed. R. App. P. 10(a); Circuit Rule 30-1.2.

Pursuant to the Ninth Circuit Rule 30-1.2, pro se litigants are not required to file excerpts of the record, and Plaintiff's motion is DENIED on that ground. To the extent Plaintiff intended to seek additional and/or different relief not clear from the face of his motion, the denial is without prejudice to renewal.

IT IS SO ORDERED.

Dated:   November 6, 2012

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28