# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:04-cv-06539-AWI-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF TRANSCRIPT DESIGNATION FORM |
| v. | |
| DAVID KYLE, et al., | (Doc. 149) |
| Defendants. / | |

Pursuant to Plaintiff's request filed on November 15, 2012, Plaintiff is informed that the court reporter for both days of trial was Gail Thomas and the Clerk's Office is directed to send Plaintiff a transcript designation form.[1]

IT IS SO ORDERED.

**Dated:   November 20, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] A determination whether Plaintiff is entitled to transcripts at government expense will be made by the Honorable Anthony W. Ishii in due course.

1