# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BROWN, | CASE NO. 1:04-cv-06539-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (Doc. 152) |
| DAVID KYLE, et al., | |
| Defendants. | |

Following a two-day trial by jury, judgment was entered for Defendants and against Plaintiff on October 5, 2012, and Plaintiff filed a notice of appeal on November 1, 2012.  On January 2, 2013, Plaintiff filed a motion to withdraw his appeal.

The relief sought by Plaintiff must be obtained from the United States Court of Appeals for the Ninth Circuit and his motion is therefore ORDERED STRICKEN from the record.[1]

IT IS SO ORDERED.

Dated:     January 7, 2013

_____
UNITED STATES DISTRICT JUDGE

---

[1] The proof of service attached to the motion represents that the motion was also served on the appellate court and the Court takes judicial notice of the fact that the appellate court's docket reflects the motion was filed. United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004).